## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 16-CV-24290

**OSCAR CAYON,** individually
and other similarly situated individuals,

    Plaintiff(s),

vs.

**LA BODEGA RESTAURANT, CORP.,**
a Florida corporation,
**MAXIMA J. VELARDE**, individually, and
**CARLOS G. VELARDE**, individually,

    Defendants.
_____/

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants La Bodega Restaurant, Corp., Maxima J. Velarde, and Carlos G. Velarde (collectively, "Defendants"), hereby file their notice of removal from Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. Pursuant to 28 U.S.C. § 1446(a), the process, pleadings, and orders served upon Defendants are attached hereto as composite Exhibit "1." The grounds for removal are as follows.

1. The removed case was filed in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2016-021918-CA-01.

2. Plaintiff's affidavits of service state that Defendants were served with the Complaint on September 9, 2016. This Notice of Removal is therefore timely filed in the United States District Court for the Southern District of Florida, which is the district and division embracing the place where the state court action is pending.

3. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders served upon Defendants in this removed action are attached hereto as composite Exhibit 1.

4. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 because the removed case arises out of federal law, i.e., the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA") and the Racketeer Influenced and Corrupt Organizations ('RICO") statute, 18 U.S.C. § 1962. Specifically, Counts I, II, III, IX, X, and XI are based on alleged violations of the FLSA, and Counts VII and VIII are based on alleged violations of the civil RICO statute.

5. Pursuant to 28 U.S.C. § 1446(d), Defendants concurrently file a copy of this Notice with the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

**WHEREFORE,** Defendants hereby notice this removal of the above captioned case from the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County to the United States District Court for the Southern District of Florida and respectfully requests that further proceeding be conducted in this Court as provided by law.

Respectfully submitted,

Mavrick Law Firm
Attorneys for Defendants
La Bodega Restaurant, Corp.,
Maxima J. Velarde, and Carlos G. Velarde
1620 West Oakland Park Boulevard, Suite 300
Fort Lauderdale, Florida 33311
Telephone: (954) 564-2246
Peter T. Mavrick, Esq.
E-mail: peter@mavricklaw.com
Victor M. Velarde, Esq.
E-mail: vvelarde@mavricklaw.com

BY: s/Peter T. Mavrick
Peter T. Mavrick, Esq.
Florida Bar No.: 0083739
Victor M. Velarde, Esq.
Florida Bar No.: 0105620

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served by email and U.S. Mail on October 10, 2016 on all counsel of record or parties on the attached service list.

>BY: s/Peter T. Mavrick
>Peter T. Mavrick
>FL Bar No.: 0083739

**SERVICE LIST**

Anthony M. Georges-Pierre, Esq.,
agp@rgoattorneys.com
apetisco@rgpattorneys.com
rreguiero@rgpattorneys.com
pn@rgpattorneys.com
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 3313
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
Attorneys for Plaintiff

3