**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 16-CV-24290-MARTINEZ/GOODMAN**

**OSCAR CAYON,** individually
and other similarly situated individuals,

    Plaintiff(s),

vs.

**LA BODEGA RESTAURANT, CORP.,**
a Florida corporation,
**MAXIMA J. VELARDE**, individually, and
**CARLOS G. VELARDE**, individually,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants move for a 14-day extension of time until October 31, 2016, to file its response to Plaintiff's Complaint [DE 1-2 at pp. 2–22].

1. Defendants filed their notice of removal [DE 1] on October 10, 2016. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendants response to the Complaint is due October 17, 2016.

2. To adequately prepare their response to the Complaint, Defendants respectfully requests a 14-day extension of time until October 31.

3. This motion is filed in good faith, for good cause, and not for the purpose of delay. Plaintiff does not oppose the relief requested in this motion.

**WHEREFORE,** for the foregoing reasons, Defendants respectfully request a 14-day extension of time until October 31, 2016 to file their response to Plaintiff's Complaint.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, and the relief requested in this motion is unopposed.

        Respectfully submitted,

        Mavrick Law Firm
        Attorneys for Defendants
        La Bodega Restaurant, Corp.,
        Maxima J. Velarde, and Carlos G. Velarde
        1620 West Oakland Park Boulevard, Suite 300
        Fort Lauderdale, Florida 33311
        Telephone: (954) 564-2246
        Peter T. Mavrick, Esq.
        E-mail: peter@mavricklaw.com
        Victor M. Velarde, Esq.
        E-mail: vvelarde@mavricklaw.com

        BY: s/Peter T. Mavrick
        Peter T. Mavrick, Esq.
        Florida Bar No.: 0083739
        Victor M. Velarde, Esq.
        Florida Bar No.: 0105620

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served by means of the Court's electronic filing system on October 14, 2016 on all counsel of record or parties on the attached service list.

                                          BY: s/Peter T. Mavrick
                                          Peter T. Mavrick
                                          FL Bar No.: 0083739

**SERVICE LIST**
Anthony M. Georges-Pierre, Esq.,
agp@rgoattorneys.com
apetisco@rgpattorneys.com
rreguiero@rgpattorneys.com
pn@rgpattorneys.com
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 3313
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
Attorneys for Plaintiff